# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Auxiliadora Solis-Arauz, | No. CV-26-00494-PHX-SHD (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Pamela Bondi, et al., | |
| Respondents. | |

The Court has reviewed Petitioner's Motion for Enforcement of Judgment (Doc. 14). The Court will require Respondents to file an expedited response.

**IT IS THEREFORE ORDERED** Respondents must respond to Petitioner's Motion for Enforcement of Judgment (Doc. 14) no later than **Monday March 9, 2026**. Respondents' response must include both of the Immigration Judge's bond redetermination decisions at issue. Petitioner may file a reply no later than **Tuesday March 10, 2026**.

Dated this 4th day of March, 2026.

Honorable Sharad H. Desai
United States District Judge